```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 43581
  TROY G WEEDEN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-5683


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/23/04 and confirmed on 02/10/05.

     2.  The case was dismissed after confirmation, 09/11/2008.

     3.  The Debtor paid a total of $   9825.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
NATIONWIDE CASSEL LP       SECURED         8728.00       2132.51       5888.98
CENTRAL DUPAGE HOSPITAL    UNSECURED      NOT FILED          .00           .00
DELNOR COMMUNITY HOSPITA   UNSECURED      NOT FILED          .00           .00
NELNET LOAN SRVS INC       UNSECURED           .00           .00           .00
NATIONWIDE CASSEL LP       UNSECURED         2484.70         .00           .00
PREMIER BANKCARD/CHARTER   UNSECURED          365.83         .00           .00
          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   8728.00         .00      2850.53         .00       11578.53
PRINCIPAL PAID       5888.98         .00          .00         .00        5888.98
INTEREST PAID        2132.51         .00          .00         .00        2132.51
TOTAL PAID           8021.49         .00          .00         .00        8021.49
The Debtor's attorney, COSTELLO & COSTELLO             , was allowed $   2200.00
and was paid $     806.00   direct and $    1394.00  through the plan.

The Trustee received $     409.51 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated:  12/12/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                               PAGE   2
    CASE NO. 04 B 43581 TROY G WEEDEN
```